# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Jermaine Veronte Wright          Docket No. 5:02-CR-276-3BO

### Petition for Action on Supervised Release

COMES NOW Matthew Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jermaine Veronte Wright, who, upon an earlier plea of guilty to Conspiracy to Possess with the Intent to Distribute at Least 50 grams of Cocaine Base (crack), and Less than 500 grams of Cocaine, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on June 20, 2003, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Jermaine Veronte Wright was released from custody on June 6, 2011, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was charged on August 9, 2012, in Hoke County, North Carolina with Driving While License Revoked (12CR701500). The defendant was then subsequently charged on September 1, 2012, in Richmond County, North Carolina with Driving While License Revoked and Possessing an Open Container of Alcohol in the Passenger Area of the Vehicle (12CR1682). Mr. Wright admits to these violations. To provide a punitive sanction for this conduct and hopefully to deter additional driving charges, we are recommending that the defendant be required to serve two weekends in jail.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Jermaine Veronte Wright
Docket No. 5:02-CR-276-3BO
Petition For Action
Page 2

 

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 weekends, commencing as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

   Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt<br>Robert K. Britt<br>Senior U.S. Probation Officer | /s/ Matthew Smith<br>Matthew Smith<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: December 10, 2012 |

### ORDER OF COURT

Considered and ordered this __10__ day of __December__, 2012, and ordered filed and made a part of the records in the above case.

_/s/ Terrence W. Boyle_
Terrence W. Boyle
U.S. District Judge